F. E. Lasecki, Administrator De Bonis Non of Estate of Stanley Borek, Deceased, Appellant, v. Barbara A. Fischer and Walter Fischer, Appellees.

Gen. No. 41,372.

opinion filed April 23, 1941; rehearing denied May 15, 1941. Joseph F. Elward, for appellant; Raymond F. McNally, Jr., of counsel; Maximilian J. St. George, for appellee Barbara A. Fischer. Opinion by PRESIDING JUSTICE HEBEL. ''Not to be published in full.''